373 A.2d 1134

Commonwealth, Appellant, v. Riviello.

Argued March 15, 1977.   Joseph H. Reiter, Special Deputy
Attorney General, with him Robert P. Kane, Attorney Gen-
eral, for Commonwealth, appellant;   Eugene A. Spector,
with him Schnader, Harrison, Segal & Lewis, for appellee.

OPINION PER CURIAM:   Order affirmed.

PRICE, J., joins in affirming the lower court's order
because the appellant waived the argument that Miranda
warnings were necessary.